# United States Bankruptcy Court
## District of Arizona

In re **Ferrell Talahangva, Jr.**  
Debtor(s)

Case No.  
Chapter **7**

## Declaration of Evidence of Employers' Payments Within 60 Days

- ■ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

- ☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

- ☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **Ferrell Talahangva, Jr.**, declares the foregoing to be true and correct under penalty of perjury.

Date **April 2, 2024**

Signature **/s/ Ferrell Talahangva, Jr.**  
**Ferrell Talahangva, Jr.**  
Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

| Company Code | Loc/Dept | Number | Page | | Earnings Statement |  |
|---|---|---|---|---|---|---|
| KL / SXM 28272215 | 01/130 | 7588907 | 1 of 1 | | | |

Pro Hospitality Nine LLC  
401 W Clarendon Ave  
Phoenix, AZ 85013

Period Starting: 03/06/2024  
Period Ending: 03/19/2024  
Pay Date: 03/22/2024

Taxable Filing Status: Single  
Exemptions/Allowances:  
    Federal: Std W/H Table  
    State: 0  
    Local: 0  
Social Security Number: XXX-XX-XXXX

Tax Override:  
    Federal: 0.00 Addnl  
    State: 0.00 Addnl  
    Local:

Brent James  
10350 E Warner St  
Lot 3  
Mesa, AZ 85208

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2000.00 | 12000.00 |
| Commission | | 0.00 | 0.00 | 300.00 |
| **Gross Pay** | | | **$2,000.00** | **$12,300.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -117.12 | 721.33 |
| Medicare | -27.39 | 168.70 |
| Arizona State Income | -9.45 | 58.20 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Employee Medical | -99.49 | 596.94 |
| *Dental pre-tax | -9.50 | 57.00 |
| *Vision pre-tax | -1.94 | 11.64 |
| **Net Pay** | **$1,735.11** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| ER-Sponsored Dental | 9.50 | 57.00 |
| ER-Sponsored Healthcare | 184.77 | 1108.62 |
| ER-Sponsored Vision | 1.94 | 11.64 |
| Sick | | |
|   - Carry Over | | -40.00 |
|   - Accrued Hours | 0.00 | -40.00 |
|   - Taken Hours | 0.00 | 0.00 |
|   - Balance | | -40.00 |

| Deposits | | |
|---|---|---|
| account number | transit/ABA | amount |
| XXXXXX6166 | XXXXXXXXX | 1735.11 |

Important Notes  
Basis of pay: Salaried

Your federal taxable wages this period are $1,889.07  
* Excluded from Federal taxable wages  
The accrued hours on your Sick Plan may not be available until your 90th day of employment

Pro Hospitality Nine LLC  
401 W Clarendon Ave  
Phoenix, AZ 85013

Pay Date: 03/22/2024

Deposited to the account  
Checking DirectDeposit




| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6166 | XXXXXXXXX | 1735.11 |

Brent James  
10350 E Warner St  
Lot 3  
Mesa, AZ 85208

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KL / SXM 28272215 | 01/130 | 7543412 | 1 of 1 |

Pro Hospitality Nine LLC
401 W Clarendon Ave
Phoenix, AZ 85013

# Earnings Statement

**ADP**

Period Starting: 02/21/2024
Period Ending: 03/05/2024
Pay Date: 03/08/2024

Taxable Filing Status: Single
Exemptions/Allowances:
   Federal: Std W/H Table
   State: 0
   Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
   Federal: 0.00 Addnl
   State: 0.00 Addnl
   Local:

Brent James
10350 E Warner St
Lot 3
Mesa, AZ 85208

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2000.00 | 10000.00 |
| Commission | | 0.00 | 300.00 | 300.00 |
| **Gross Pay** | | | **$2,300.00** | **$10,300.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -135.72 | 604.21 |
| Medicare | -31.74 | 141.31 |
| Arizona State Income | -10.95 | 48.75 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Employee Medical | -99.49 | 497.45 |
| *Dental pre-tax | -9.50 | 47.50 |
| *Vision pre-tax | -1.94 | 9.70 |
| **Net Pay** | **$2,010.66** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| ER-Sponsored Dental | 9.50 | 47.50 |
| ER-Sponsored Healthcare | 184.77 | 923.85 |
| ER-Sponsored Vision | 1.94 | 9.70 |
| Sick | | |
|  - Carry Over | | -40.00 |
|  - Accrued Hours | 0.00 | -40.00 |
|  - Taken Hours | 0.00 | 0.00 |
|  - Balance | | -40.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6166 | XXXXXXXXX | 2010.66 |

Important Notes
Basis of pay: Salaried

Your federal taxable wages this period are $2,189.07
* Excluded from Federal taxable wages
The accrued hours on your Sick Plan may not be available until your 90th day of employment

---

Pro Hospitality Nine LLC
401 W Clarendon Ave
Phoenix, AZ 85013

Pay Date: 03/08/2024

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6166 | XXXXXXXXX | 2010.66 |

**THIS IS NOT A CHECK**

Brent James
10350 E Warner St
Lot 3
Mesa, AZ 85208

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KL / SXM 28272215 | 01/130 | 7496372 | 1 of 1 |

Pro Hospitality Nine LLC
401 W Clarendon Ave
Phoenix, AZ 85013

# Earnings Statement

**ADP**

Period Starting: 02/07/2024
Period Ending: 02/20/2024
Pay Date: 02/23/2024

Taxable Filing Status: Single
Exemptions/Allowances:
  Federal: Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal: 0.00 Addnl
  State: 0.00 Addnl
  Local:

Brent James
10350 E Warner St
Lot 3
Mesa, AZ 85208

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2000.00 | 8000.00 |
| Gross Pay | | | $2,000.00 | $8,000.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -117.12 | 468.49 |
| Medicare | -27.40 | 109.57 |
| Arizona State Income | -9.45 | 37.80 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Employee Medical | -99.49 | 397.96 |
| *Dental pre-tax | -9.50 | 38.00 |
| *Vision pre-tax | -1.94 | 7.76 |

| Net Pay | $1,735.10 |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| ER-Sponsored Vision | 1.94 | 7.76 |
| ER-Sponsored Healthcare | 184.77 | 739.08 |
| ER-Sponsored Dental | 9.50 | 38.00 |
| Sick | | |
| - Carry Over | | -40.00 |
| - Accrued Hours | 0.00 | -40.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | -40.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6166 | XXXXXXXXX | 1735.10 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $1,889.07
* Excluded from Federal taxable wages
The accrued hours on your Sick Plan may not be available until your 90th day of employment

Pro Hospitality Nine LLC
401 W Clarendon Ave
Phoenix, AZ 85013

Pay Date: 02/23/2024

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6166 | XXXXXXXXX | 1735.10 |

Brent James
10350 E Warner St
Lot 3
Mesa, AZ 85208

| | Company Code | Loc/Dept | Number | Page | |
|---|---|---|---|---|---|
| | KL / SXM 28272215 | 01/130 | 7450998 | 1 of 1 | |

Pro Hospitality Nine LLC
401 W Clarendon Ave
Phoenix, AZ 85013

# Earnings Statement

**ADP**

Period Starting: 01/24/2024
Period Ending: 02/06/2024
Pay Date: 02/09/2024

Taxable Filing Status: Single
Exemptions/Allowances:
　Federal:　Std W/H Table
　State:　0
　Local:　0
Social Security Number: XXX-XX-XXXX

Tax Override:
　Federal:　0.00 Addnl
　State:　0.00 Addnl
　Local:

Brent James
10350 E Warner St
Lot 3
Mesa, AZ 85208

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 2000.00 | 6000.00 |
| **Gross Pay** | | | **$2,000.00** | **$6,000.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -117.13 | 351.37 |
| Medicare | -27.39 | 82.17 |
| Arizona State Income | -9.45 | 28.35 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Employee Medical | -99.49 | 298.47 |
| *Dental pre-tax | -9.50 | 28.50 |
| *Vision pre-tax | -1.94 | 5.82 |

| **Net Pay** | | **$1,735.10** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| ER-Sponsored Vision | 1.94 | 5.82 |
| ER-Sponsored Healthcare | 184.77 | 554.31 |
| ER-Sponsored Dental | 9.50 | 28.50 |
| Sick | | |
| - Carry Over | | -40.00 |
| - Accrued Hours | 0.00 | -40.00 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | -40.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6166 | XXXXXXXXX | 1735.10 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are $1,889.07
* Excluded from Federal taxable wages
The accrued hours on your Sick Plan may not be available until your 90th day of employment

---

Pro Hospitality Nine LLC
401 W Clarendon Ave
Phoenix, AZ 85013

Pay Date:　02/09/2024

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX6166 | XXXXXXXXX | 1735.10 |

THIS IS NOT A CHECK

Brent James
10350 E Warner St
Lot 3
Mesa, AZ 85208